IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KHIKMATULLO KADIROV,                                          PETITIONER
A# 221-387-474

v.                                              CIVIL NO. 5:26-cv-175-DCB-BWR

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT                                                  RESPONDENT

<u>ORDER REQUIRING PETITIONER TO RESPOND</u>

This matter is before the Court on pro se Petitioner Khikmatullo Kadirov's

(Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is

an immigration detainee currently housed at the Adams County Correctional Center in

Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained."

28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his present

physical custody within the United States, he should name his warden as respondent and

file the petition in the district of confinement."  *Rumsfeld v. Padilla*, 542 U.S. 426, 428

(2004).  "[T]he proper respondent is the warden of the facility where the [petitioner] is

being held, not the Attorney General or some other remote supervisory official."  *Id*. at 435.

The Court directs Petitioner to name a proper Respondent.

**IT IS THEREFORE ORDERED** that on or before April 7, 2026, Petitioner shall file

a written response naming a proper Respondent for his Petition, *i.e.*, the warden of the

facility where he is being held.

The Court warns Petitioner that his failure to timely comply with any Order of this

---

[1] Petitioner paid the filing fee.

Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

    **SO ORDERED**, this the 17th day of March, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE